```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21929
   BRODERICK M KRAMER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3852

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/21/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   FILED LATE          94.70          .00            .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         4034.00          .00            .00
COMCAST                    UNSECURED       NOT FILED          .00            .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTION         UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          209.55          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED          .00            .00
RMI/MCSI                   UNSECURED          250.00          .00            .00
TRUST REC SV               UNSECURED       NOT FILED          .00            .00
WEST ASSET                 UNSECURED       NOT FILED          .00            .00
AAA CHECKMATE LLC          UNSECURED         1573.01          .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     343.00           .00         343.00
INTERNAL REVENUE SERVICE   FILED LATE         322.92          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                     1,612.00
TOM VAUGHN                 TRUSTEE                                         170.00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   2,125.00

PRIORITY                                       343.00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                               1,612.00
TRUSTEE COMPENSATION                           170.00
DEBTOR REFUND                                      .00
                         ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21929 BRODERICK M KRAMER
```

```
TOTALS                               2,125.00            2,125.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```